LEONARD KELLY, JR., an Infant, by LEONARD KELLY, His Guardian ad Litem, Respondent, v. LAWRENCE GREGORY, Appellant.— Motion for leave to appeal to the Court of Appeals upon certified questions granted, and the court certifies the following question: "Does the complaint in this action state a cause of action?" Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 282 App. Div. 542.]

## FOURTH DEPARTMENT, APRIL, 1954.

## (April 28, 1954.)

In the Matter of LAWRENCE CATANZARO, Appellant, against WALTER B. MARTIN, as Warden of Attica State Prison, et al., Respondents.— Order affirmed. Memorandum: The action of the warden in charging prisoner with the loss of so-called punishment and unearned time is tentative only (Correction Law, § 230, subd. 4) and does not become effective until such time as the prison board may determine the allowance or disallowance thereof. (Correction Law, §§ 235, 236.) In this respect the prison board is vested with sole authority, and its determination, being a judicial function, is not subject to review if done according to law. (Correction Law, § 236; *People ex rel. Scarola* v. *Jackson*, 276 App. Div. 939; cf. *Matter of O'Connor* v. *State Bd. of Parole*, 270 App. Div. 93; and *Matter of Hines* v. *State Bd. of Parole*, 293 N. Y. 254.) All concur. (Appeal from an order denying the petition and dismissing the proceeding to compel respondents to credit petitioner with 468 days of "good time" claimed to have been wrongfully charged against him.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

HARRY REPAK, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 31616.) — Judgment affirmed, without costs of this appeal to either party. All concur. (Cross appeals from a judgment for claimant on a claim for damages for personal injuries alleged to have been sustained by claimant by reason of the slippery condition of a State highway, and for property damage to his automobile.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.